IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 07-40277

---

RETRACTABLE TECHNOLOGIES INCORPORATED

Plaintiff - Appellee

v.

ABBOTT LABORATORIES INC

Defendant - Appellant

U.S. COURT OF APPEALS

**FILED**

JUN 3 0 2008

CHARLES R. FULBRUGE III
CLERK

---

Appeal from the United States District Court for the
Eastern District of Texas, Texarkana

---

ON PETITION FOR REHEARING EN BANC

(Opinion 6/2/08, 5 Cir., _____, _____ F.3d _____)

Before JOLLY, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:

( ✓ )   Treating the Petition for Rehearing En Banc as a Petition
for Panel Rehearing, the Petition for Panel Rehearing is DENIED.
No member of the panel nor judge in regular active service of the
court having requested that the court be polled on Rehearing En
Banc (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for
Rehearing En Banc is DENIED.

(  )   Treating the Petition for Rehearing En Banc as a Petition
for Panel Rehearing, the Petition for Panel Rehearing is DENIED.
The court having been polled at the request of one of the members
of the court and a majority of the judges who are in regular
active service and not disqualified not having voted in favor
(FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En
Banc is DENIED.

ENTERED FOR THE COURT:

_____
United States Circuit Judge

REHG-6a